| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Trenga, Anthony J. | 2. Court or Organization U.S. District Court, ED VA | 3. Date of Report 06/19/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, VA 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Potomac Sailmakers, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UVA School of Law | January 7-10, 2011 | Charlottesville, VA | 2011 UVA Nat'l Trial Advocacy College/CLE Program | Transportation, Food, Hotel |
| 2. | Virginia Association of Defense Attorneys | March 11-12, 2011 | Richmond, VA | Trial Tactics Workshop/ CLE Program | Food, Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 (IRA) | | | | | | | | | |
| 2. -Vanguard Prime Money Market Fund (VMMXX) | A | Interest | J | T | | | | | |
| 3. -GLAD common stock | A | Dividend | | | Sold | 03/29/11 | K | | |
| 4. -ARE.C preferred stock | B | Dividend | J | T | | | | | |
| 5. -ABW.A preferred stock | B | Dividend | J | T | | | | | |
| 6. -CBL.C preferred stock | A | Dividend | J | T | | | | | |
| 7. -OFG.G preferred stock | A | Dividend | J | T | | | | | |
| 8. -GOODO preferred stock | B | Dividend | J | T | | | | | |
| 9. -PRE.C preferred stock | A | Dividend | J | T | | | | | |
| 10. -Constltn Brds taxable bond ▮▮▮ | B | Interest | K | T | | | | | |
| 11. -Dayton Hudson taxable bond ▮▮▮ | B | Interest | K | T | | | | | |
| 12. -Elec Data Stp taxable bond ▮▮▮ | B | Interest | K | T | | | | | |
| 13. -One Beacon US Holdings Taxable Note ▮▮▮ ) | B | Interest | K | T | Buy | 03/24/11 | K | | |
| 14. -Markel Corp taxable bond ▮▮▮ | B | Interest | K | T | | | | | |
| 15. -Morgan Comdts taxable bond ▮▮▮ | | None | K | T | | | | | |
| 16. -Morgan Stanley taxable bond ▮▮▮ | | None | | | Redeemed | 12/20/11 | K | | |
| 17. -Nabisco Inc taxable bond ▮▮▮ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Nextel Commu taxable bond ▓ | B | Interest | K | T | | | | | |
| 19. -SLM Corp Var taxable bond ▓ | | None | K | T | | | | | |
| 20. -Verizon Vir taxable bond ▓ | A | Interest | K | T | | | | | |
| 21. -Amer Express ▓ | B | Interest | K | T | | | | | |
| 22. -Altria Group ▓ | B | Interest | K | T | | | | | |
| 23. -Hasbro Inc. ▓ | B | Interest | K | T | | | | | |
| 24. -Aetna Inc. ▓ | B | Interest | K | T | | | | | |
| 25. -Yum Brands ▓ | A | Interest | J | T | | | | | |
| 26. -Dominion Res ▓ | B | Interest | K | T | | | | | |
| 27. -Waste Mgmt ▓ | B | Interest | K | T | | | | | |
| 28. -Wells Fargo ▓ | | None | K | T | | | | | |
| 29. -Waste Mgmt ▓ | A | Interest | K | T | | | | | |
| 30. -ConocoPhllps ▓ | B | Interest | K | T | | | | | |
| 31. ▓ Johnson Controls, Inc. Note | B | Interest | | | Redeemed | 01/18/11 | K | | |
| 32. ▓ 1 CVS, Corp. Note | A | Interest | | | Redeemed | 08/15/11 | K | | |
| 33. ▓ Midamerican Energy Note | B | Interest | K | T | | | | | |
| 34. ▓ Consolidated Natural Gas Note | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▮▮▮▮ Deere John Capital Corp. Note | B | Interest | K | T | | | | | |
| 36. -BAB | B | Dividend | | | Sold | 08/09/11 | K | B | |
| 37. -VODA Phone GPP ▮▮▮ (Taxable Bond) | A | Interest | K | T | | | | | |
| 38. -Express Scripps ▮▮▮ (Taxable Bond) | A | Interest | K | T | | | | | |
| 39. -First Energy ▮▮▮ (Taxable Bond) | A | Interest | K | T | | | | | |
| 40. -PFF | B | Dividend | | | Sold | 08/09/11 | K | B | |
| 41. -Telephonica ▮▮▮ ) (Taxable Bond) | A | Interest | K | T | | | | | |
| 42. -Dow Chemical ▮▮▮ ) (Taxable Bond) | A | Interest | J | T | | | | | |
| 43. General Money Market ▮▮▮ Deposit from a Qualified Plan | A | Interest | N | T | | | | | |
| 44. -Direct TV ▮▮▮ (Taxable Bond) | A | Interest | K | T | | | | | |
| 45. -Altria ▮▮▮ (Taxable Bond) | A | Interest | K | T | | | | | |
| 46. -Toyota ▮▮▮ (Taxable Bond) | A | Interest | K | T | | | | | |
| 47. -Citigroup ▮▮▮ (Taxable Bond) | A | Interest | K | T | | | | | |
| 48. -Autozone ▮▮▮ (Taxable Bond) | A | Interest | K | T | | | | | |
| 49. -HCC | A | Dividend | | | Sold | 01/20/11 | K | D | |
| 50. -Medtronic ▮▮▮ (Taxable Bond) | A | Interest | | | Redeemed | 04/15/11 | K | A | |
| 51. -PPL | A | Dividend | K | T | Buy | 04/12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GEEC Intruts█████) (Taxable Bond) | A | Interest | K | T | | | | | |
| 53. -GTE Corp█████ (Taxable Bond) | A | Interest | K | T | | | | | |
| 54. -Pitney Bowes█████) (Taxable Bond) | A | Interest | K | T | | | | | |
| 55. -FAX (Aberdeen Asia Pacitic Income Fund) | B | Dividend | K | T | | | | | |
| 56. -ADP | A | Dividend | | | Sold | 02/02/11 | K | C | |
| 57. -INTC | A | Dividend | | | Buy | 03/17/11 | K | | |
| 58. | | | | | Sold | 10/03/11 | K | C | |
| 59. -MRO | A | Dividend | | | Sold | 01/13/11 | K | D | |
| 60. -TLT | A | Dividend | | | Sold | 03/15/11 | K | | |
| 61. -BestBuy | A | Dividend | | | Buy | 03/01/11 | K | | |
| 62. | | | | | Sold | 08/30/11 | K | | |
| 63. -Hewlett-Packard | A | Dividend | | | Buy | 03/18/11 | K | | |
| 64. | | | | | Sold | 08/31/11 | K | | |
| 65. -MKT VCTRS AGRRIBUSN ETF | A | Dividend | | | Buy | 06/10/11 | K | | |
| 66. | | | | | Sold | 10/04/11 | K | | |
| 67. -ETFS Gold Trust (SGOL) | | None | K | T | Buy | 12/15/11 | K | | |
| 68. -Kroger (KR) | A | Dividend | K | T | Buy | 11/29/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Microsoft (MSFT) | A | Dividend | K | T | Buy | 09/22/11 | K | | |
| 70.   -Pepsico (PEP) | A | Dividend | K | T | Buy | 10/07/11 | K | | |
| 71.   -Pfizer (PFE) | B | Dividend | K | T | Buy | 08/12/11 | K | | |
| 72.   -Walmart (WMT) | A | Dividend | K | T | Buy | 02/22/11 | K | | |
| 73.   -Central Fund of Canada (CEF) | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 74.   -RWX | B | Dividend | K | T | Buy | 03/16/11 | K | | |
| 75.   -DXJ | A | Dividend | K | T | Buy | 06/28/11 | K | | |
| 76.   -HSBC Taxable Bond ▮▮▮▮ | B | Interest | K | T | Buy | 03/09/11 | K | | |
| 77.   -Van Kampen Unit Trust 1116 ▮▮▮▮ | B | Interest | K | T | Buy | 04/29/11 | K | | |
| 78.   -Van Kampen Unit Trust 1106 ▮▮▮▮ ) | B | Interest | K | T | Buy | 04/29/11 | K | | |
| 79.   -SPDR Barclay Cap High Yield (JNK) | C | Interest | K | T | Buy | 08/29/11 | K | | |
| 80.   -Ishares S&P US PTD Stock Index | A | Interest | | | Sold | 08/09/11 | K | | |
| 81.   Brokerage Account #3 (IRA) | | | | | | | | | |
| 82.   -Money Market (Robert W. Baird & Co.) | A | Interest | J | T | | | | | |
| 83.   -BGR stock | A | Dividend | J | T | | | | | |
| 84.   -BALCX mutual fund | A | Dividend | J | T | | | | | |
| 85.   -WSHCX mutual fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Cptl Wrld Grwth & Incm C CWGCX | A | Dividend | J | T | | | | | |
| 87. -First Eagle Global C FESGX | A | Dividend | J | T | | | | | |
| 88. -Pimco Total Return C PTTCX | A | Dividend | J | T | | | | | |
| 89. Brokerage Account #4 | | | | | | | | | |
| 90. -Money Market (Robert W. Baird & Company) | A | Interest | J | T | | | | | |
| 91. -WSHCX | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 92. -Wells Fargo BK ███ | | None | K | T | | | | | |
| 93. -Philip Morris Intl (PM) | B | Dividend | | | Sold | 01/05/11 | K | D | |
| 94. -Central Fund of Canada (CEF) | A | Dividend | K | T | Sold (part) | 04/28/11 | J | C | |
| 95. -Suntrust Bank ███ | | None | K | T | | | | | |
| 96. -Cptl Wrld Grwth & Inc (CWGCX) | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 97. -First Eagle Global C (FESGX) | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 98. -Pimco Total Return C (PTTCX) | B | Dividend | | | Sold | 02/03/11 | J | A | |
| 99. -AT&T (T) | C | Dividend | K | T | Buy | 09/01/11 | J | | |
| 100. -Walmart (WMT) | A | Dividend | K | T | Buy | 02/22/11 | J | | |
| 101. ███ (NYC NY Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 102. -BRKZB common stock | | None | K | T | Buy | 05/20/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -KO | B | Dividend | K | T | | | | | |
| 104.  -GE common stock | B | Dividend | K | T | | | | | |
| 105.  -JNJ common stock | B | Dividend | K | T | Buy | 03/16/11 | J | | |
| 106.  -MCD common stock | B | Dividend | | | Sold | 07/08/11 | K | E | |
| 107.  -MSFT common stock | B | Dividend | K | T | | | | | |
| 108.  -PG common stock | B | Dividend | L | T | Buy | 03/16/11 | J | | |
| 109.  -First Eagle Global Fund A, ▮▮▮▮ SGENX | A | Dividend | K | T | | | | | |
| 110.  ▮▮▮▮ Tax Exempt Bond (Norfolk, VA) | B | Interest | | | Redeemed | 07/01/11 | K | | |
| 111.  -Total SA Sponsored ADR | A | Dividend | | | Buy | 05/16/11 | J | | |
| 112. | | | | | Buy | 08/09/11 | J | | |
| 113. | | | | | Sold | 10/13/11 | L | | |
| 114.  -Glaxo Smith Kline (GSK) | A | Dividend | | | Sold | 05/23/11 | K | C | |
| 115.  -First Energy | A | Dividend | | | Sold | 05/18/11 | K | D | |
| 116.  -Fairfax, VA (Non-Taxable Bond) ▮▮▮▮ | A | Interest | K | T | | | | | |
| 117.  -Century Link, Inc. (CTL) | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 118. | | | | | Sold (part) | 01/03/11 | K | D | |
| 119.  -Fairfax, VA (Tax Exempt Bond) ▮▮▮▮ | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -BOA CPI (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 121. -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 122. -IAU (ISHRS Gold Trust ETF) | | None | | | Sold (part) | 02/19/11 | K | C | |
| 123. -L-3 Communications | A | Dividend | | | Sold | 02/18/11 | K | C | |
| 124. -Fort Bend, Texas (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 125. -Exelon | A | Dividend | | | Sold | 07/25/11 | K | B | |
| 126. -Danville, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 127. -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 128. -NUV (Nuveen Municipal Value Fund) | A | Dividend | K | T | | | | | |
| 129. -Abbott Laboratories | A | Interest | K | T | | | | | |
| 130. -China Mobile (CHL) | B | Dividend | K | T | Buy | 02/08/11 | K | | |
| 131. -Exxon (XOM) | B | Dividend | K | T | Buy | 05/12/11 | L | | |
| 132. -Merck (MRK) | B | Dividend | L | T | Buy | 02/14/11 | K | | |
| 133. -Pepsico (PEP) | B | Dividend | K | T | Buy | 06/13/11 | K | | |
| 134. -Sysco (SYY) | B | Dividend | L | T | Buy | 11/09/11 | K | | |
| 135. -ALPS ETF (AMLP) | A | Dividend | K | T | Buy | 08/11/11 | K | | |
| 136. -Emerson Electric | A | Dividend | | | Buy | 05/03/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/04/11 | K | | |
| 138.   -PNC FINC SVCS Group | A | Dividend | | | Buy | 07/11/11 | K | | |
| 139. | | | | | Sold | 11/25/11 | K | | |
| 140.   -Abbott Labs | | | | | Buy | 08/09/11 | K | | |
| 141.   -First Eagle Global Fund A, ▮▮▮ SGENX | A | Dividend | K | T | | | | | |
| 142.  UBS Account #2 | | | | | | | | | |
| 143.   -Money market acct. (UBS) | A | Dividend | J | T | | | | | |
| 144.   -Am. Funds Cap Income Building Fund CL A Mutual Fund | | None | J | T | | | | | |
| 145.   -Putnam New Opportunity Fund CL A Mutual Fund | A | Dividend | J | T | | | | | |
| 146.   -Pace Large Co. Value Equity Investment Fund CL A | A | Dividend | J | T | | | | | |
| 147.  UBS Account #3 (SEP) | A | Interest | J | T | | | | | |
| 148.   -UBS Bank Deposit | A | Interest | J | T | | | | | |
| 149.  Brokerage Account #6 | | | | | | | | | |
| 150.   -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | A | Dividend | J | T | | | | | |
| 151.   -Janus7 Fund (JANSX) | A | Dividend | J | T | | | | | |
| 152.   -IBM common stock | A | Dividend | J | T | | | | | |
| 153.   -Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Navy Federal Credit Union (IRA #1) (CD) | A | Interest | J | T | | | | | |
| 155. -Navy Federal Credit Union (IRA #2) (CD) | A | Interest | J | T | | | | | |
| 156. -Navy Federal Credit Union (IRA #3) (CD) | A | Interest | J | T | | | | | |
| 157. -Navy Federal Credit Union CD | B | Interest | M | T | | | | | |
| 158. -Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 159. -Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 160. -Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 161. -Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | N | T | | | | | |
| 162. -Reliastar Life SEC DES II 08/2000 Nationwide | A | Dividend | J | T | | | | | |
| 163. -SFT Holdings LLC Stock | | None | J | U | | | | | |
| 164. -USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 165. -Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |
| 166. -DRYFUSS money market accounts GGM ▮▮▮▮ & GMA ▮▮▮▮ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/19/2012 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. INVESTMENTS AND TRUSTS.

13. One Beacon US Holdings Taxable Note█████████ (Name Change on 03/24/11 from Fund American Co. Taxable Bond █████████)

80. Ishares S&P US PTD Stock Index was omitted from my 2010 Report, which should reflect the following as to this holding:
B(1): A
B(2): Interest
C(1): K
C(2): T
D(1): Buy on 04/14/10 with a D(3) value of K
     Buy on 05/05/10 with a D(3) value of J

109. First Eagle Global Fund A, █████████ and SEGNX, listed in lines 113 and 121 respectively of the 2010 Report are the same holding.

During the course of preparing my 2011 Financial Disclosure Report, I discovered the following omissions from my previously filed 2010 Report.

1. As to Brokerage Account No. 2:

   (1) Genworth FNL █████████ listed on line 19 of the 2010 Report and line 9 of the 2009 Amended Report was sold on August 25, 2009, with a D(3) value of K and a D(4), with no gain.

2. As to Brokerage Account No. 4:

   (1) The information on the TIP Bond Fund, listed on lines 115-116 is incorrect. It was sold (not bought) D(1) (in part) on March 23, 2010 D(2) with a D(3) value of K and a D(4) value of D and sold on September 22, 2010 with a D(3) value of K and a D(4) value of D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anthony J. Trenga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544